UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                           CASE NO: 2:15-cr-60-FtM-38CM

PAULINA LOPEZ-GUZMAN

### ORDER

This matter comes before the Court on Motion for Authorization (Doc. #31) filed on June 16, 2015.  Counsel moves the Court for an order authorizing payment for interpreter expenses which exceed the statutory cap[1].  However, Counsel does not provide the Court any of the required information relating to those expenses, including the name of the interpreter, the amount per hour charged, how many hours were necessary and the total amount.  As such, the motion will be denied without prejudice.

Accordingly, it is now **ORDERED:**

The Motion for Authorization (Doc. 31) is **DENIED without prejudice**. Counsel is permitted resubmit his request with the requisite information.

**DONE AND ORDERED** at Fort Myers, Florida, this June 17, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] Pursuant to Guide to Judicial Policy, Vol 7A, § 310.20.10(a)-(d), with prior authorization, compensation for investigative, expert, and other services is limited to $2,400.00...(d) payment in excess of the $2,400.00 may be made when certified by the District Court and approved by the Chief Judge of the Circuit.