UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                   CASE NO: 2:15-cr-60-FtM-38CM

PAULINA LOPEZ-GUZMAN

## ORDER

This matter comes before the Court on the Amended Motion for Authorization (Doc. #33) filed on June 18, 2015. Counsel moves the Court for authorization for interpreter expenses to exceed the cap[1]. Counsel indicates the services of interpreter, Leon Fontova, has been necessary to communicate with the Defendant as she speaks only Spanish or Mam. According to the exhibits provided in support of the motion, the amount claimed is under the allowable cap of $2400.00. Upon review, pursuant to 18 U.S.C. § 3006 (A)(e)(3) and to the extent authorization is necessary, Counsel is permitted to seek payment for the expenses relating to the interpreter, Leon Fontova, as requested through the CJA eVoucher. See Exhibit A, B, and C.

Accordingly, it is now **ORDERED:**

The Amended Motion for Authorization (Doc. 33) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this July 15, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] Pursuant to Guide to Judicial Policy, Vol 7A, § 310.20.10(a)-(d), with prior authorization, compensation for investigative, expert, and other services is limited to $2,400.00...(d) payment in excess of the $2,400.00 may be made when certified by the District Court and approved by the Chief Judge of the Circuit.