UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                    CASE NO: 2:15-cr-60-FtM-38CM

PAULINA LOPEZ-GUZMAN

### ORDER

This matter comes before the Court on the Motion to Advance Sentencing (Doc. #36) filed on July 24, 2015.  Counsel moves the Court to advance the sentencing date currently scheduled for September 8, 2015.  As grounds, Counsel indicates there are no objections to the presentence report and the sentencing hearing should be less than half an hour.  The government does not object to the relief requested.  The Court, having considered the motion, finds good cause and will reschedule the hearing as outlined below.

Accordingly, it is now **ORDERED:**

The Motion to Advance Sentencing (Doc. 36) is **GRANTED**.  The sentencing hearing will be rescheduled to August 17, 2015 at 10:30 A.M.  The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this July 29, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record